IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN ALLEN,

    Plaintiff,

v.                                            CASE NO. 4:12cv78-RH/WCS

DEPARTMENT OF CHILDREN
AND FAMILIES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 7. I have reviewed *de novo* the issues raised by the objections.

    The plaintiff's principal complaint is that he is being held illegally in state custody on a finding of incompetency. The proper method for seeking relief from unlawful detention is a petition for a writ of habeas corpus. But the plaintiff's complaint demands not released from custody but instead a damages award. The

report and recommendation correctly concludes that the complaint does not allege facts sufficient to support a damages award against these defendants. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed." The clerk must close the file.

SO ORDERED on March 31, 2012.

                              s/Robert L. Hinkle
                              United States District Judge